UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>Defendants. | Case No.  25-cv-04410-AGT<br><br>**CONDITIONAL DISMISSAL ORDER** |

The parties reached a settlement in principle and expect to file dismissal paperwork within 90 days. Dkt. 22. Given this notice, the Court conditionally dismisses the case without prejudice. If the parties notify the Court by July 10, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by July 10, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: April 8, 2026

Alex G. Tse
United States Magistrate Judge